| AO-10 Rev. 1/2002 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2002 | Report Required by the Ethics in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>THOMAS, CLARENCE | 2. Court or Organization<br><br>UNITED STATES SUPREME COURT | 3. Date of Report<br><br>5/15/2003 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>ASSOCIATE JUSTICE | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br>○ Initial  ● Annual  ○ Final | 6. Reporting Period<br><br>1/1/2002<br>to<br>12/31/2002 |
| 7. Chambers or Office Address<br><br>U.S. SUPREME COURT<br>1 FIRST STREET, N.E.<br>WASHINGTON, D. C. 20543 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

RECEIVED MAY 15 2 06 PM '03 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 10/27/02 | University of Kansas School of Law - teaching | $5,000 |
| 2. | 9/8/02 | University of Virginia School of Law - teaching | $2,500 |
| 3. | 2/4/02 | Drake University School of Law - teaching | $15,000 |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>THOMAS, CLARENCE | Date of Report<br><br>5/15/2003 |
|---|---|---|

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Drake University School of Law | Private plane and accommodations/seminar/Justice Thomas/2/4-8/02 - Des Moines, Iowa |
| 2. | Greater Omaha Chamber of Commerce | Private plane and accommodations/speech/Justice Thomas/2/11/02 - Omaha, NE |
| 3. | University of North Carolina Law School at Chapel Hill | Air fare and accommodations/speech/Justice Thomas/3/6/02 - Chapel Hill, NC |
| 4. | The College of the Holy Cross | Air fare and accommodations/speech/Justice Thomas/4/9/02 - Worcester, MA |
| 5. | Diocese of Little Rock Red Mass | Air fare and accommodations/speech/Justice Thomas/5/1/02 - Little Rock, AR |
| 6. | St. Benedict's Prep | Private plane/speech/Justice Thomas/5/6/02 - Newark, NJ |
| 7. | Campbell University Norman Adrian Wiggins School of Law | Private plane and accommodations/speech/Justice Thomas/5/13/02 - Buies Creek, NC |
| 8. | George State Bar Annual Meeting | Private plane/speech/Justice Thomas/6/15/02 - Amelia Island, FL |
| 9. | University of Virginia School of Law | Accommodations/seminar/Justice Thomas/9/8-10/02 - Charlottesville, VA |
| 10. | University of Kansas School of Law | Air fare and accommodations/seminar/Justice Thomas/10/27-30/02 - Lawrence, Kansas |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | The University Club | Honorary Membership | $500 |
| 2. | Greg Werner | Tires | $1,200 |
| 3. | Earl & Louise Dixon | Education gift to Mark Martin | $5,000 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMAS, CLARENCE | 5/15/2003 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A- | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.   MONY Annuity | A | Int | J | T | | | | | |
| 2.   1/3 int. in rental property at ## 1, 2, & 3, Sav., GA | A | Rent | J | W | | | | | |
| 3.   Realty Investment Corp. (IRA), Esconvita, CA | A | Div | J | T | | | | | |
| 4.   Equitec (IRA), Boston, MA | A | Div | J | T | | | | | |
| 5.   Ginger, LTD., Partnership | A | Rent | L | W | | | | | |
| 6.   Fidelity 403(b) | | None | M | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| THOMAS, CLARENCE | 5/15/2003 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ██████████████████████████  Date  5/15/03

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544